IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Treon Dwon Vaughn,
Plaintiff,
v.
Judge Chad Kerkman
Jason Rossell
Anthony Milasauskas,
Pre-Trial Judge Michael
in their individual official/unofficial capacities,
and
many Commissioners 2014-2025 Kenosha County Circuit Court et al,
Defendants.

**25 -C- 1 4 4 4**



U.S. District Court
Wisconsin Eastern

SEP 18 2025

FILED
Clerk of Court

Civil Action No. _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)
AND SUPPLEMENTAL STATE CLAIMS

——

I. JURISDICTION AND VENUE
1. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1343
because this is a civil action seeking redress for the deprivation of rights secured by the
United States Constitution and federal law, specifically 42 U.S.C. § 1983.
2. Supplemental jurisdiction over related state law claims is conferred under 28 U.S.C. §
1367.
3. Venue is proper in this judicial district under 28 U.S.C. § 1391(b) because the events
giving rise to this claim occurred in Kenosha County, Wisconsin, located in this District.

——

II. PARTIES
4. Plaintiff Treon Dwon Vaughn, is a resident of Kenosha,Wisconsin , and the
adjudicated father of a minor child pursuant to proceedings held in Kenosha County
Circuit Court.
5. Defendants Judges listed above et al , Judge, are circuit court judges sitting or
formerly sitting in the Kenosha County Circuit Court, sued in their individual
official/unofficial capacities for actions taken outside their judicial capacity and/or in
clear absence of all jurisdiction.
6. Defendant Kenosha County Circuit Court is a government entity operating under
Wisconsin state law.

——

## III. FACTUAL ALLEGATIONS

7. Plaintiff is the adjudicated father of a minor child, involved in multiple proceedings in Kenosha County Circuit Court, including:
• Family law matters (custody, placement, support).
• Criminal proceedings related to family court orders.
• Post-conviction motions and modification filings.
• Small claims and related state-level filings.

8. Over the course of several years, Plaintiff has filed numerous motions, modifications, and legal challenges — including but not limited to:
• Motions under Wis. Stat. § 974.06 (post-conviction relief).
• Requests for speedy trial (Wis. Stat. § 971.10).
• Motions for custody modification under Wis. Stat. § 767.451.
• Civil actions in small claims court.
• Other constitutionally protected petitions for redress.

9. The named judges intentionally denied, ignored, or unlawfully dismissed these filings without hearings or findings on the merits, often contrary to clearly established Wisconsin law.

10. These actions were not taken in a legitimate judicial capacity but were part of a pattern of malicious disregard for Plaintiff's due process and equal protection rights under the U.S. Constitution.

11. The conduct has substantially harmed Plaintiff's ability to:

• Exercise his parental rights.
• Seek timely justice or relief.
• Pursue life, liberty, and happiness as guaranteed by the 14th Amendment.

12. Plaintiff asserts that these actions amount to systematic obstruction, likely motivated by institutional self-interest, designed to ensure ongoing litigation that benefits the county courts financially and administratively.

___

## IV. CLAIMS FOR RELIEF

### COUNT I – VIOLATION OF DUE PROCESS (14th AMENDMENT)

42 U.S.C. § 1983

13. Plaintiff realleges and incorporates all previous paragraphs.

14. Defendants deprived Plaintiff of liberty and property interests in violation of the Fourteenth Amendment, including but not limited to:

• Right to be heard on motions and post-conviction challenges.
• Right to fair and impartial judicial proceedings.
• Right to meaningful access to the courts.

### COUNT II – VIOLATION OF EQUAL PROTECTION

42 U.S.C. § 1983

15. Plaintiff was treated unequally compared to similarly situated litigants, without rational basis, in violation of the Equal Protection Clause.

COUNT III – MALICIOUS ABUSE OF PROCESS / MISFEASANCE (WI State Claim)

16. Defendants misused the court's procedures to deny Plaintiff justice, thereby violating Wisconsin public policy and common law protections.

———

## V. RELIEF REQUESTED

Plaintiff respectfully requests the Court grant the following:
1. Declaratory Judgment that the actions of the Defendant Judges violated Plaintiff's constitutional rights;
2. Compensatory damages in an amount to be proven at trial;
3. Punitive damages for malicious conduct, to deter future abuses;
4. Injunctive relief, ordering proper review of Plaintiff's motions and complaints by an impartial body;
5. Any other relief the Court deems just and proper.

———

## VI. DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

———

Respectfully submitted,

Treon Dwon Vaughn

3913 28th Ave
Kenosha, WI 53140
Phone: (262) 597-8172
Email: Dwont712@gmail.com