# United States District Court
## EASTERN DISTRICT OF WISCONSIN

TREON D. VAUGHN,

       **Plaintiff,**

       v.

JUDGE CHAD KERKMAN,
JASON ROSSELL,
ANTHONY MILISAUSKAS,
PRE-TRIAL JUDGE MICHAEL,
KENOSHA COUNTY CIRCUIT COURT, and
JOHN/JANE DOE COURT COMMISSIONERS,

       **Defendants.**

**JUDGMENT IN A CIVIL CASE**
**Case No. 25-C-1444**

---

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing, and this action is DISMISSED.

Dated:   September 22, 2025

                LINDA M. KLEMM
                CLERK OF COURT

                s/ Kyle W. Frederickson
                (By) Deputy Clerk